# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BALDWIN, VICTORIA VALENZUELA CARMAN, ANITA VALENZUELA,<br><br>                Plaintiffs,<br><br>vs.<br><br>DUNKEL MACHINERY MOVING, LLC, SANKYU U.S.A., INC., AND DOES I-X,<br><br>                Defendants. | Case No.: 3:18-cv-00167-LRH-WGC<br><br>**STIPULATION AND ORDER TO DISMISS** |
| SANKYU U.S.A., INC.,<br><br>                Cross-Claimant,<br><br>vs.<br><br>DUNKEL MACHINERY MOVING, LLC,<br><br>                Cross-Defendant. | |
| SANKYU U.S.A., INC.,<br><br>                Third-Party Plaintiff,<br><br>vs.<br><br>CHASEN (USA), INC., and CONSTRUCTION SAFETY EXPERTS, INC.,<br><br>                Third-Party Defendants. | |

CHASEN (USA), INC.,

    Cross-Claimant,

vs.

DUNKEL MACHINERY MOVING, LLC, AND CONSTRUCTION SAFETY EXPERTS, INC.,

    Cross-Defendants.

   IT IS HEREBY STIPULATED by and between Plaintiffs Jennifer Baldwin, Victoria Valenzuela Carman, and Anita Valenzuela (collectively, "Plaintiffs"), Defendant/Cross-Claimant/Third-Party Plaintiff Sankyu U.S.A., Inc. ("Sankyu"), and Third-Party Defendant/Cross-Claimant Chasen (USA), Inc. ("Chasen") as follows:

  1. All claims asserted or that could have been brought in the above-captioned action by Plaintiffs as against Sankyu, Chasen and Construction Safety Experts, Inc. shall be and hereby are dismissed with prejudice.

  2. All third-party claims asserted or that could have been brought in the above-captioned action by Sankyu as against Chasen and/or Construction Safety Experts, Inc. shall be and hereby are dismissed without prejudice.

  3. All cross-claims and/or third-party claims asserted or that could have been brought in the above-captioned action by Chasen as against Construction Safety Experts, Inc. shall be and hereby are dismissed without prejudice.

  4. All claims, third-party claims, and/or cross-claims asserted or that could have been brought in the above-captioned action by Plaintiffs, Sankyu and/or Chasen as against Dunkel Machinery Moving LLC shall be and hereby are dismissed without prejudice.

///

///

///

///

///

Each party is to bear their own fees and costs.

Dated this 4th day of April, 2019.

| | |
|---|---|
| LAW OFFICE OF MARK MAUSERT | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Mark L. Mausert* | */s/ Molly M. Rezac* |
| Mark L. Mausert | Molly M. Rezac |
| Nevada Bar No. 2398 | Nevada Bar No. 7435 |
| Cody Oldham | 50 West Liberty Street, Suite 920 |
| Nevada Bar No. 14594 | Reno, NV 89501 |
| 729 Evans Avenue | *Attorney for Third-Party Defendant/Cross-Claimant Chasen (USA), Inc.* |
| Reno, NV 89512 | |
| *Attorneys for Plaintiffs* | NIXON PEABODY LLP |
| | */s/ Michael Lindsey* |
| | Michael Lindsay (*admitted pro hac vice*) |
| | Alicia Anderson (*admitted pro hac vice*) |
| | 300 S. Grand Avenue, 41st Floor |
| | Los Angeles, CA 90071 |
| | *Attorneys for Defendant/Cross-Claimant/Third-Party Plaintiff Sankyu U.S.A., Inc.* |
| | HOY CHRISSINGER KIMMEL PC |
| | Michael S. Kimmel |
| | Nevada Bar No. 9081 |
| | 50 West Liberty Street, Suite 920 |
| | Reno, NV 89501 |
| | *Attorney for Defendant/Cross-Claimant/Third-Party Plaintiff Sankyu U.S.A., Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: April 5, 2019

3